UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRY TYRONE PULLEN, JR., | : | Case No. 3:20-cv-198 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| TIFFANY CALDWELL, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

This matter is before the Court *sua sponte* with respect to the Order to Show Cause entered on July 15, 2021. (Doc. #22). In that Order, the Court directed Plaintiff Terry Tyrone Pullen, Jr. to show cause by no later than July 29, 2021 why his remaining claims against Defendants Keith Booker and John Doe #2, both identified as Volunteers of America employees, should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for lack of service. Plaintiff has not responded to that Order within the time specified.

As the record reflects that Plaintiff has failed to have service effected on Defendants Booker and Doe #2 during the 13-plus months since filing his complaint, the Court determines that dismissal of the claims against those Defendants is appropriate under Fed. R. Civ. P. 4(m). Accordingly, Plaintiff Terry Tyrone Pullen,

Jr.'s complaint is DISMISSED without prejudice as to Defendants Keith Booker and John Doe #2, and this matter is TERMINATED on the docket of this Court.

<u>August 4, 2021</u>                              <u>  *s/Sharon L. Ovington*  </u>
                                                                            Sharon L. Ovington
                                                                            United States Magistrate Judge

The Clerk of Court is directed to serve the following party by mail:

Terry Tyrone Pullen, Jr., #A686539
Toledo Correctional Institution
P.O. Box 80033
Toledo, OH  43608